UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO URIBE,<br><br>        Petitioner,<br><br>    v.<br><br>KAMALA HARRIS,<br><br>        Respondent. | Case No.  5:12-cv-03754 EJD<br><br>**ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

Petitioner Antonio Uribe ("Petitioner") pled guilty on April 9, 2007, to one violation of California Health and Safety Code §§ 11351 and was sentenced to serve a jail term of 75 days. He became subject to deportation proceedings as a result of this conviction. Petitioner, represented by counsel, thereafter filed in this court a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction based primarily on the United States Supreme Court's decision in <u>Padilla v. Kentucky</u>, 559 U.S. 356 (2010).

The court has reviewed the § 2254 Petition and has determined that it warrants a response from Respondent. Accordingly, the court orders Respondent to show cause why the petition should not be granted, as follows:

    1.    The Clerk shall serve by mail a copy of this Order to Show Cause and the Petition and all attachments upon Respondent. The Clerk shall also serve a copy of this Order on Petitioner.

1

2. Respondent shall file with the court and serve on Petitioner, within **sixty (60) days** of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal court records that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving a copy on Respondent within **thirty (30) days** of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion. Respondent may file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

**IT IS SO ORDERED.**

Dated: February 3, 2015

EDWARD J. DAVILA
United States District Judge