UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO URIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA HARRIS, Attorney General of the State of California,<br><br>    Defendant. | Case No. 5:12-cv-03754-EJD<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

In an order filed on August 24, 2015, this court found that it lacked subject matter jurisdiction over Petitioner Antonio Uribe's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he was not in custody at the time he commenced the proceeding. The court also found that Petitioner could not rely on Padilla v. Kentucky, 559 U.S. 356 (2010) to avoid the in-custody requirement. The court granted Respondent's motion to dismiss on those grounds and entered judgment, from which Petitioner appealed. The court now considers whether Petitioner is entitled to a certificate of appealability ("COA").

When, as here, "the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue (and an appeal of the district court's order may be taken) if the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 478 (2000). Having reviewed the record here, the court finds that "jurists or reason" could not find debatable either that Petitioner was not in custody when he filed the § 2254 petition, or that Padilla did not excuse that requirement. As

1

1  discussed in the order, Petitioner impliedly conceded that his state sentence fully expired before he
2  filed the § 2254 petition, and authority subsequent to Padilla clarified that its holding does not
3  apply retroactively.
4      Accordingly, the court DENIES a certificate of appealability.

6  **IT IS SO ORDERED.**
7  Dated:  November 12, 2015



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:12-cv-03754-EJD
ORDER DENYING CERTIFICATE OF APPEALABILITY